**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ashley C. Wilson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-17973 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing LLC and index same on the master mailing list.

        Respectfully submitted,
        **/s/ Kevin G. McDonald, Esq.**
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322