**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Ashley C. Wilson**                                    Case No.  **18-1797-mdc**
                                              Debtor(s)        Chapter  **13**

### ORDER EXTENDING DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND DOCUMENTS

The Court, having considered the Debtor's Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, and Documents filed on **December 16, 2018**, finds that that extending the deadline for the debtor to file the schedules, statements, documents, and the Chapter 13 plan will not have an adverse impact on the debtor's estate, creditors, or case administration. Therefore,

**IT IS ORDERED THAT:**

1. The Debtor's Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 1007(a)(5) and (c), the time within which the Debtor must file the schedules, statements, documents, and Chapter 13 Plan is extended through and including **January 3, 2019**.

Dated: December __18__, 2018

*Magdeline D. Coleman*
_____
**Magdeline D. Coleman**
**Bankruptcy Judge**

Cc:

William C. Miller, Esq.
Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Daniel E. Mueller, Esq.
Attorney for the Debtor
dem@demattorney.com, harborstoneecf@gmail.com