United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17973-mdc
Ashley C. Wilson                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Dec 18, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db             +Ashley C. Wilson,    47 Concord Rd,    Darby, PA 19023-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
      DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com,
       harborstoneecf@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                          TOTAL: 4

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Ashley C. Wilson**                                                                 Case No.    **18-1797-mdc**
                                                    Debtor(s)                              Chapter      **13**

## ORDER EXTENDING DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND DOCUMENTS

The Court, having considered the Debtor's Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, and Documents filed on **December 16, 2018**, finds that that extending the deadline for the debtor to file the schedules, statements, documents, and the Chapter 13 plan will not have an adverse impact on the debtor's estate, creditors, or case administration. Therefore,

**IT IS ORDERED THAT:**

1. The Debtor's Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 1007(a)(5) and (c), the time within which the Debtor must file the schedules, statements, documents, and Chapter 13 Plan is extended through and including **January 3, 2019**.

Dated: December __18__, 2018

_____
**Magdeline D. Coleman**
**Bankruptcy Judge**

Cc:

William C. Miller, Esq.
Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Daniel E. Mueller, Esq.
Attorney for the Debtor
dem@demattorney.com, harborstoneecf@gmail.com