United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17973-mdc
Ashley C. Wilson                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Mar 20, 2019
                              Form ID: 160             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
```
db            +Ashley C. Wilson,    47 Concord Rd,    Darby, PA 19023-1312
14240487      +Bloomingdales Department Store,    PO Box 8218,    Mason, OH 45040-8218
14240488     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:    Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
14262226      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14240489       DSNB Bloomingdales,    Attn: Recovery Bk,    Po Box 9111,    Mason, OH 45040
14272068       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14240490      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14240491      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14240492      +Gwendolyn Stokes,    7631 Woodcrest Ave,    Philadelphia, PA 19151-2703
14244829      +M&T Bank,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14240494      +Macy’s,    PO Box 8218,    Mason, OH 45040-8218
14240496      +Philadelphia FCU,    Attn: Bankruptcy,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14240498      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14240501      +TD Bank - Target,    PO Box 673,    Minneapolis, MN 55440-0673
14240500       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14240504      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14271618       E-mail/Text: camanagement@mtb.com Mar 21 2019 02:25:46      Lakeview Loan Servicing LLC,
                 C/O M & T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14240493       E-mail/Text: camanagement@mtb.com Mar 21 2019 02:25:46      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14240495      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 02:26:07      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14255414      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 02:26:07      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14269434       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14241910      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14240497      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:24
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14250667      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2019 02:26:14      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14240499      +E-mail/Text: bankruptcy@sw-credit.com Mar 21 2019 02:26:09      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14242445      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:22      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
                 Norfolk, VA 23541-1021
14271398      +E-mail/Text: bncmail@w-legal.com Mar 21 2019 02:26:13      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14240502      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 02:25:34
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
14240503      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 02:25:35
                 Verizon,    500 Technology Dr., STE 300,    Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Mar 20, 2019
                              Form ID: 160             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com,
               harborstoneecf@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 5
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ashley C. Wilson
    Debtor(s)

Case No: 18–17973–mdc
Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

    on: 4/4/19

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 3/20/19

For The Court

Timothy B. McGrath
Clerk of Court

21 – 14
Form 160