# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-17973-MDC

ASHLEY C WILSON

47 CONCORD ROAD

DARBY, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ASHLEY C WILSON

    47 CONCORD ROAD

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    DANIEL E MUELLER
    40 W EVERGREEN AVE
    Suite 101
    PHILADELPHIA, PA 19118-

Date: 6/7/2019

                                        /S/ William C. Miller
                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee