UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Ashley C. Wilson
     Bankruptcy No. 18-17973MDC
     Adversary No.
     Chapter    13

Date:  June 10, 2019

To:    William C. Miller, Esq.

## NOTICE OF INACCURATE FILING

Re: Notice of Motion to Dismiss

The above pleading was filed in this office on **June 7, 2019.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- ( )   Wrong PDF document attached
- ( )   PDF document not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- **(x)**   Other: **Incorrect Hearing Date on Notice of Motion PDF**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04