# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17973-MDC

ASHLEY C WILSON

47 CONCORD ROAD

DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ASHLEY C WILSON

    47 CONCORD ROAD

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    DANIEL E MUELLER
    40 W EVERGREEN AVE
    Suite 101
    PHILADELPHIA, PA 19118-

Date: 11/22/2019

                                    /S/ William C. Miller
                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee