*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ashley C. Wilson
    Debtor(s)

Case No: 18–17973–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response Filed by Ashley C. Wilson to the Certification of Default filed by Creditor Lakeview Loan Servicing LLC

    on: 1/28/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/31/19

Timothy B. McGrath
Clerk of Court

56 – 55
Form 167