United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashley C. Wilson  
    Debtor

Case No. 18-17973-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Lisa　　　Page 1 of 1　　　Date Rcvd: Dec 31, 2019  
　　　　　　　　　　　　　Form ID: 167　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.  
db　　　　+Ashley C. Wilson,　　47 Concord Rd,　　Darby, PA 19023-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty　　　　+E-mail/Text: bncnotice@ph13trustee.com Jan 01 2020 01:41:32　　WILLIAM C. MILLER,  
　　　　　　Chapter 13 Trustee,　　P.O. Box 1229,　　Philadelphia, PA 19105-1229  
cr　　　　+E-mail/PDF: gecsedi@recoverycorp.com Jan 01 2020 01:56:21　　Synchrony Bank,  
　　　　　　c/o PRA Receivables Management, LLC,　　PO Box 41021,　　Norfolk, VA 23541-1021  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:  
　　　　DANIEL E. MUELLER　　on behalf of Debtor Ashley C. Wilson dem@demattorney.com,  
　　　　　harborstoneecf@gmail.com  
　　　　KEVIN G. MCDONALD　　on behalf of Creditor　Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ashley C. Wilson
    Debtor(s)

Case No: 18−17973−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response Filed by Ashley C. Wilson to the Certification of Default filed by Creditor Lakeview Loan Servicing LLC

    on: 1/28/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/31/19

Timothy B. McGrath
Clerk of Court