# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Ashley C. Wilson**  Case No.: **18-17973-mdc**

Chapter 13

Debtor(s)

## ORDER

AND NOW, this _____ day of _____, 2020, after consideration of the debtor's Motion to Modify the Chapter 13 Plan, the proposed Modified Chapter 13 Plan submitted by the debtor, and the recommendation of the standing trustee;

AND the debtor's circumstances having changed;

AND the debtor having submitted a proposed a modified plan that takes into account the debtor's change of circumstances;

WHEREFORE IT IS ORDERED that the debtor's motion is granted, and the Chapter 13 Plan is modified as set forth in the debtor's Modified Chapter 13 Plan.

_____
**MAGDELINE D. COLEMAN, CHIEF JUDGE**

CC:

William C. Miller, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

Daniel E. Mueller on behalf of Debtor Ashley C. Wilson
dem@demattorney.com, harborstoneecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kevin G. Mcdonald on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com