# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Ashley C. Wilson**           Case No.: **18-17973-mdc**
         Chapter 13

         Debtor(s)

## CERTIFICATE OF SERVICE

I, Daniel E. Mueller, Attorney at Law, certify that on **January 8, 2020**, I caused true and correct copies of Debtor's **NOTICE OF MOTION and MOTION TO MODIFY THE CHAPTER 13 PLAN; FIRST MODIFIED CHAPTER 13 PLAN; and PROPOSED ORDER** to be served electronically via the Court's CM/ECF System or by postal mail upon the parties listed in the attached service lists.

Dated: January 8, 2020          Respectfully Submitted,

         By: /s/ Daniel E. Mueller
         Daniel E. Mueller
         40 W. Evergreen Ave., Ste 101
         Philadelphia, PA 19118
         215-248-0989
         Attorney for the Debtor

## SERVICE LIST

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KEVIN G. MCDONALD on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

## POSTAL SERVICE LIST ATTACHED BELOW

```
Label Matrix for local noticing         Synchrony Bank                          United States Trustee
0313-2                                  c/o PRA Receivables Management, LLC     Office of the U.S. Trustee
Case 18-17973-mdc                       PO Box 41021                            200 Chestnut Street
Eastern District of Pennsylvania        Norfolk, VA 23541-1021                  Suite 502
Philadelphia                                                                    Philadelphia, PA 19106-2908
Wed Jan  8 22:09:01 EST 2020

Philadelphia                            Bloomingdales Department Store          COMCAST
900 Market Street                       PO Box 8218                             PO BOX 1931
Suite 400                               Mason, OH 45040-8218                    Burlingame, CA 94011-1931
Philadelphia, PA 19107-4233


(p)CAINE & WEINER COMPANY               DSNB Bloomingdales                      Department Stores National Bank
12005 FORD ROAD 300                     Attn: Recovery Bk                       c/o Quantum3 Group LLC
DALLAS TX 75234-7262                    Po Box 9111                             PO Box 657
                                        Mason, OH 45040                         Kirkland, WA  98083-0657


First Premier Bank                      Gwendolyn Stokes                        Lakeview Loan Servicing LLC
Attn: Bankruptcy                        7631 Woodcrest Ave                      C/O M & T Bank
Po Box 5524                             Philadelphia, PA 19151-2703             P.O. Box 840
Sioux Falls, SD 57117-5524                                                      Buffalo, NY 14240-0840


(p)M&T BANK                             M&T Bank                                Macy's
LEGAL DOCUMENT PROCESSING               c/o Kevin G. McDonald, Esq.             PO Box 8218
626 COMMERCE DRIVE                      KML Law Group, PC                       Mason, OH 45040-8218
AMHERST NY 14228-2307                   701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1541


Midland Funding                         Midland Funding LLC                     PRA Receivables Management, LLC
2365 Northside Dr Ste 300               PO Box 2011                             PO Box 41021
San Diego, CA 92108-2709                Warren, MI 48090-2011                   Norfolk, VA 23541-1021


Philadelphia FCU                        Portfolio Recovery                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy                        Po Box 41021                            PO BOX 41067
12800 Townsend Rd                       Norfolk, VA 23541-1021                  NORFOLK VA 23541-1067
Philadelphia, PA 19154-1095


Premier Bankcard, Llc                   Santander Consumer USA                  Southwest Credit Systems
Jefferson Capital Systems LLC Assignee  Attn: Bankruptcy                        4120 International Parkway
Po Box 7999                             Po Box 961245                           Suite 1100
Saint Cloud Mn 56302-7999               Fort Worth, TX 76161-0244               Carrollton, TX 75007-1958


Synchrony Bank                          TD Bank - Target                        TD Bank USA, N.A.
c/o PRA Receivables Management, LLC     PO Box 673                              C O WEINSTEIN & RILEY, PS
attn: Valerie Smith                     Minneapolis, MN 55440-0673              2001 WESTERN AVENUE, STE 400
PO Box 41021                                                                    SEATTLE, WA 98121-3132
Norfolk, VA 23541-1021


Target                                  U.S. Department of Education            Verizon
Target Card Services                    FedLoan Servicing                       500 Technology Dr., STE 300
Mail Stop NCB-0461                      Attn: Bankruptcy                        Weldon Springs, MO 63304-2225
Minneapolis, MN 55440                   Po Box 69184
                                        Harrisburg, PA 17106-9184
```

| | | |
|---|---|---|
| Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Ashley C. Wilson<br>47 Concord Rd<br>Darby, PA 19023-1312 |
| DANIEL E. MUELLER<br>Harborstone Law Group<br>40 W. Evergreen Ave, Suite 101<br>Philadelphia, PA 19118-3324 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105-1229 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>Po Box 5010<br>Woodland Hills, CA 91365 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing LLC

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35