**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re   Ashley C. Wilson | Case No.   18-17973-mdc |
| Debtor(s) | Chapter   13 |

### CERTIFICATE OF NO RESPONSE

    I, Daniel E. Mueller, Attorney at Law, certify that on **January 8, 2020**, I caused true and correct copies of the **NOTICE OF MOTION, MOTION TO MODIFY THE CHAPTER 13PLAN, MODIFIED CHAPTER 13 PLAN and PROPOSED ORDER** to be served upon all interested parties as set forth in the Certificate of Service filed and dated that day.

    On **February 4, 2020,** I caused true and correct copies of the **MODIFIED CHAPTER 13 PLAN - SECOND and PROPOSED ORDER** to be served upon all interested parties as set forth in the Certificate of Service filed and dated that day.

    I further certify that I have checked the Court's docket, and no Response, Objection, or Answer has been filed in this matter.

    Dated: **March 12, 2020**

    By:/s/ Daniel E. Mueller
Daniel E. Mueller
Harborstone Law Group
40 W. Evergreen Ave., Suite 101
Philadelphia, PA 19118
215-248-0989
Attorney for the Debtor