## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Ashley C. Wilson**                Case No.: **18-17973-mdc**
                                           Chapter 13
        Debtor(s)

## ORDER

AND NOW, this 12th day of March, 2020, after consideration of the debtor's Motion to Modify the Chapter 13 Plan, the proposed Fourth Modified Chapter 13 Plan submitted by the debtor, and the recommendation of the standing trustee;

AND the debtor's circumstances having changed;

AND the debtor having submitted a proposed a modified plan that takes into account the debtor's change of circumstances;

WHEREFORE IT IS ORDERED that the debtor's motion is granted, and the Chapter 13 Plan is modified as set forth in the debtor's Fourth Modified Chapter 13 Plan.

*[signature]*
**MAGDELINE D. COLEMAN, CHIEF JUDGE**

CC:

William C. Miller, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller on behalf of Debtor Ashley C. Wilson
dem@demattorney.com, harborstoneecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

Daniel P. Jones on behalf of Creditor Lakeview Loan Servicing LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Kevin G. McDonald on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com