United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashley C. Wilson  
    Debtor

Case No. 18-17973-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 12, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.  
db    +Ashley C. Wilson,    47 Concord Rd,    Darby, PA 19023-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:  
        DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com, harborstoneecf@gmail.com  
        DANIEL P. JONES    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                      TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: **Ashley C. Wilson**                    Case No.: **18-17973-mdc**
                                               Chapter 13
        Debtor(s)

**ORDER**

AND NOW, this _12th_ day of _March_, 2020, after consideration of the debtor's Motion to Modify the Chapter 13 Plan, the proposed Fourth Modified Chapter 13 Plan submitted by the debtor, and the recommendation of the standing trustee;

AND the debtor's circumstances having changed;

AND the debtor having submitted a proposed a modified plan that takes into account the debtor's change of circumstances;

WHEREFORE IT IS ORDERED that the debtor's motion is granted, and the Chapter 13 Plan is modified as set forth in the debtor's Fourth Modified Chapter 13 Plan.

_____
**MAGDELINE D. COLEMAN, CHIEF JUDGE**

CC:

William C. Miller, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller on behalf of Debtor Ashley C. Wilson
dem@demattorney.com, harborstoneecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

Daniel P. Jones on behalf of Creditor Lakeview Loan Servicing LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Kevin G. McDonald on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com