**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    Ashley C. Wilson                                         Case No.   18-17973-mdc
                    Debtor(s)                                      Chapter    13

**CERTIFICATE OF NO RESPONSE**

    I, Daniel E. Mueller, Attorney at Law, certify that on **March 10, 2020** I caused true and correct copies of the APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES, NOTICE, and PROPOSED ORDER, to be served upon all interested parties **(1)** electronically via the Court's CM/ECF System upon the attached Electronic Service List or **(2)** by standard first class postal mail.

    I further certify that I have checked the Court's docket and no Response, Objection, or Answer has been filed in this matter.

    Dated: **March 28, 2020**

                                                  By:/s/ Daniel E. Mueller
                                                    Daniel E. Mueller
                                                    Harborstone Law Group
                                                    40 W. Evergreen Ave., Suite 101
                                                    Philadelphia, PA 19118
                                                    215-248-0989
                                                    Attorney for the Debtor

## ECF SERVICE LIST

William C. Miller, Esq.
Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov