United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 18-17973-mdc
Ashley C. Wilson    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Apr 01, 2020
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db         +Ashley C. Wilson,    47 Concord Rd,    Darby, PA 19023-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
        DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com, harborstoneecf@gmail.com
        DANIEL P. JONES    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com
        KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                              TOTAL: 6

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Ashley C. Wilson<br>　　　　Debtor(s)<br>LAKEVIEW LOAN SERVICING LLC<br>　　　　Creditor/Movant<br>v.<br>Ashley C. Wilson<br>　　　　Respondent | Chapter 13<br><br>Bankruptcy Case: 18-17973-mdc<br><br>Judge: Magdeline D. Coleman |

ORDER

AND NOW, this 1st day of April, 20 20 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of LAKEVIEW LOAN SERVICING LLC and any successor in interest and Debtor, Ashley C. Wilson, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow LAKEVIEW LOAN SERVICING LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): *47 Concord Rd, Darby, PA 19023*.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE