**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Ashley C. Wilson                                          Case No.   18-17973-mdc
                                        Debtor(s)                 Chapter    13

**ORDER**

Applicant Daniel E. Mueller, attorney for the debtor, is hereby allowed the sum of $4000 as compensation for the services referenced in his Application for Compensation and Reimbursement of Expenses. The trustee is authorized to pay the unpaid balance of $2000 from the estate in accordance with the plan.

Date: _____April 8_____, 2020

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Cc:

William C. Miller, Esq.
Chapter 13 Trustee
ecfemails@ph13trustee.com,
philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller, Esq.
harborstoneecf@gmail.com;
dem@demattorney.com