United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashley C. Wilson  
    Debtor

Case No. 18-17973-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 08, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
db         +Ashley C. Wilson,   47 Concord Rd,   Darby, PA 19023-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:  
        DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com, harborstoneecf@gmail.com  
        DANIEL P. JONES    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                   TOTAL: 6

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Ashley C. Wilson                                                      Case No.  18-17973-mdc
                                        Debtor(s)                              Chapter  13

### ORDER

Applicant Daniel E. Mueller, attorney for the debtor, is hereby allowed the sum of $4000 as compensation for the services referenced in his Application for Compensation and Reimbursement of Expenses. The trustee is authorized to pay the unpaid balance of $2000 from the estate in accordance with the plan.

Date: _____April 8_____, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Cc:

William C. Miller, Esq.
Chapter 13 Trustee
ecfemails@ph13trustee.com,
philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller, Esq.
harborstoneecf@gmail.com;
dem@demattorney.com