**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ASHLEY C WILSON | Chapter 13 |
| Debtor | Bankruptcy No. 18-17973-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 7, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL E MUELLER
40 W EVERGREEN AVE
Suite 101
PHILADELPHIA, PA 19118-

Debtor:
ASHLEY C WILSON

47 CONCORD ROAD

DARBY, PA 19023