United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashley C. Wilson  
    Debtor

Case No. 18-17973-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 2      Date Rcvd: May 07, 2020  
                    Form ID: pdf900      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
```
db            +Ashley C. Wilson,    47 Concord Rd,    Darby, PA 19023-1312
14240487      +Bloomingdales Department Store,    PO Box 8218,    Mason, OH 45040-8218
14240488     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365)
14240489       DSNB Bloomingdales,    Attn: Recovery Bk,    Po Box 9111,    Mason, OH 45040
14240491      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14240492      +Gwendolyn Stokes,    7631 Woodcrest Ave,    Philadelphia, PA 19151-2703
14465347      +Lakeview Loan Servicing LLC,    c/o Daniel P. Jones, Esq.,    Stern & Eisenberg, PC,
                1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14464597       Lakeview Loan Servicing LLC,    c/o M&T Bank,    P.O. Box 840, Buffalo, NY 14240
14244829      +M&T Bank,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14240494      +Macy’s,    PO Box 8218,    Mason, OH 45040-8218
14240496      +Philadelphia FCU,    Attn: Bankruptcy,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14240498      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14240501      +TD Bank - Target,    PO Box 673,    Minneapolis, MN 55440-0673
14240500       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14240490      +U.S. Department of Education,    FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
14240504      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: bncnotice@ph13trustee.com May 08 2020 03:15:13     WILLIAM C. MILLER,
                Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov May 08 2020 03:15:10      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2020 03:15:03
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2020 03:15:07      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 03:24:13      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14272068       E-mail/Text: bnc-quantum@quantum3group.com May 08 2020 03:14:59
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
14262226       E-mail/Text: documentfiling@lciinc.com May 08 2020 03:14:54      COMCAST,    PO BOX 1931,
                Burlingame, CA 94011
14271618       E-mail/Text: camanagement@mtb.com May 08 2020 03:14:57      Lakeview Loan Servicing LLC,
                C/O M & T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14240493       E-mail/Text: camanagement@mtb.com May 08 2020 03:14:57      M & T Bank,    Attn: Bankruptcy,
                Po Box 844,    Buffalo, NY 14240
14240495      +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2020 03:15:05      Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14255414      +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2020 03:15:05      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14269434       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2020 03:24:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14241910      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2020 03:24:16
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14240497      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2020 03:24:33
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14250667      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 08 2020 03:15:07      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14240499      +E-mail/Text: bankruptcy@sw-credit.com May 08 2020 03:15:05      Southwest Credit Systems,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14242445      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 03:24:14      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
                Norfolk, VA 23541-1021
14271398      +E-mail/Text: bncmail@w-legal.com May 08 2020 03:15:06      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14240502      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2020 03:14:52
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
14240503      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2020 03:14:52
                Verizon,    500 Technology Dr., STE 300,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 20
```

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                  Date Rcvd: May 07, 2020
                               Form ID: pdf900              Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            LAKEVIEW LOAN SERVICING LLC,   c/o Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              DANIEL E. MUELLER    on behalf of Debtor Ashley C. Wilson dem@demattorney.com,
               harborstoneecf@gmail.com
              DANIEL P. JONES    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ASHLEY C WILSON

Chapter 13

Debtor

Bankruptcy No. 18-17973-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 7, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DANIEL E MUELLER  
40 W EVERGREEN AVE  
Suite 101  
PHILADELPHIA, PA 19118-

Debtor:  
ASHLEY C WILSON

47 CONCORD ROAD

DARBY, PA 19023